**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

1015-2

FILED
2010 JUN 21 P 12:00
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK
BY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:06-CR-75-01 |
| DEFENDANT | TYPE OF PROCESS |
| MATTHEW BROCK | Notice of Depo/Subpoena Duces Tecum |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ansley Brock
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
210 Hardy Road, Lookout Mountain, GA 30750

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Suzanne H. Bauknight
Assistant U.S. Attorney
800 Market St., Suite 211
Knoxville, TN 37902

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

RECEIVED 10 APR 26

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 865-545-4167
DATE: 4/14/10

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 74 | District to Serve No. 4 | Signature of Authorized USMS Deputy or Clerk | Date APR 22 2010 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
SAME

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)
SAME

Date: 6-3-10  Time: 11:00 ☐ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
APR 22 2010 TD A — to serve (1) OUT OF TOWN ON TRAVEL ACCORDING TO HUSBAND MATTHEW BROCK. BACK IN TOWN
(1) DUSM, 3 HRS, 160 MILES R.T. ON 6-15 2010.
SERVED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00