UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:06-CR-75 |
| | ) | |
| MATTHEW BROCK | ) | |

## NOTICE OF HEARING

This notice is to advise that the revocation hearing is **RESET** for **Thursday, October 6, 2011 at 2:00 p.m.**, before United States District Judge Curtis L. Collier, third floor courtroom, 900 Georgia Avenue, Chattanooga, Tennessee.

CURTIS L. COLLIER, U.S. DISTRICT JUDGE


By: *Sheila Hendrix,* Judicial Assistant