CLAYTONMILLER
HOSPITALITY CARPET

2304 DALTON INDUSTRIAL COURT
DALTON, GEORGIA 30721

$00.440 PB8691516
MAILED FROM DALTON GA 30720

Patricia L. McNutt, Clerk
United States District Court
for Eastern District TN
900 Georgia Ave.
Chattanooga, TN 37402

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:06-CR-75-001 |
| MATTHEW BROCK, | ) ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| ECMH, LLC, d/b/a Clayton Miller, | ) ) ) | |
| Garnishee. | ) | |

## AFFIDAVIT AND ANSWER OF THE GARNISHEE (EMPLOYER)

Comes the undersigned Affiant, who after being duly sworn, states:

1. The Garnishee is a: (choose one)

   _____ proprietorship, _____ partnership, _____ individual,

   _____ corporation  \_✓\_ limited liability company (LLC)

   _____ other business entity known as _____

   organized under the laws of _____ (state).

2. The Writ of Garnishment was served by the United States Marshal on *October* \_\_\_, 2011.

3. Does the Garnishee have custody, control or possession of property (including nonexempt, disposal earnings) in which the debtor has a substantial nonexempt interest?

   ✓ Yes  \_\_\_ No

4. If so, please describe such property and provide the value of such interest:

6

Case 1:06-cr-00075-CLC-WBC   Document 67   Filed 11/03/11   Page 2 of 6   PageID #: 111

5.  If there are superior (earlier) garnishments on the property, please describe each garnishment and the extent to which any remaining property is not exempt:

    _____

    _____

    _____

6.  a.  The social security number and name of the Judgment Debtor ("Employee") is:

        Name: MAtthew Brock     SSN: (last 4 digits) 3127

    b.  The pay period of this employee is:

        (✓) weekly  ( ) bi-weekly  ( ) semi-monthly  ( ) monthly

        other: _____

    c.  The date that present pay period began was: 7/28/11.
        (Present means the pay period in which this Writ of Garnishment was received/served).

    d.  The date that the present pay period ends is: 11/4/11.

    e.  The Employee's wages consist of:

        ___ hourly wages at the rate of $_____ per hour, scheduled at ___ hours per pay period

        ✓ salary at the rate of $961.54 per pay period

        ✓ commission at the rate of $ .07%  per  1st Million in sales
                                        .10%        2nd million in sales

        ___ other: _____

    f.  Enter net amount of wages, calculated as:

        i.  Gross Earnings              $ 961.54/wk.

        ii. Less amounts required by law to be withheld:

            Federal Income Tax          $ 105.20

5

|  |  | Federal Social Security Tax | $ 54.32 |
|  |  | State Income Tax (if any) | $ 49.25 |
|  |  | Local Income Tax (if any) | $ |
|  |  | Occupational Tax (if any) | $ |
|  |  | Ordered Child Support (if any) | $ |
|  | iii. | TOTAL DEDUCTIONS: | $ 208.77 |
| g. |  | Disposable earnings (net wages) (Line i less Line iii) | $ 752.77 |
| h. |  | No funds are due employee because _____ |  |

7. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

3

8. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| $_____ | _____ |
| $_____ | _____ |
| $_____ | _____ |
| $_____ | _____ |

9. Check the applicable line below if you deny that you hold property subject to this order of garnishment.

   ___ The Garnishee makes the following claim of exemption on the part of Defendant:

   _____

   ___ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

   _____

   ___ As of the receipt of the Writ and as of the date of this Answer, the Garnishee was/is in no manner and upon no account indebted or under liability to the Defendant and the Garnishee did/does not have in its possession or control any property belonging to the Defendant, or in which the Garnishee had/has an interest; and was/is in no manner liable as Garnishee in this action.

10. Original of this answer has been mailed to:

    Patricia L. McNutt, Clerk
    United States District Court
    for the Eastern District of TN
    900 Georgia Avenue
    Chattanooga, TN 37402

11. Copies of this answer have been mailed to:

    Matthew Brock
    802 Katlau Drive
    Dalton, GA 30720

4

and to:

Suzanne H. Bauknight
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

_____
Affiant

_____
Position/Title  *Controller*

STATE OF Georgia
COUNTY OF Whitfield

Subscribed and sworn to before me

this 1st day of November, 20 11.

My commission expires: My Commission Expires Jan. 12, '14

_____
Vivian L. Ketterson
Notary Public

5