## U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**REVOCATION HEARING:** Case No. 1:06-cr-75

USA v. Matthew Brock

**PRESENT:** Honorable Curtis L. Collier ___X___ U.S. District Judge **OR** ____ U.S. Magistrate Judge

Gregg Sullivan                     Hallie McFadden                     Kathy Shields
Assistant U.S. Attorney            Attorney for Defendant             Probation Officer

Cyndee Palmer                     Elizabeth Coffey
Courtroom Deputy                  Court Reporter                     Interpreter        _____ **SWORN**

**PROCEEDINGS:** __X__ Revocation hearing on SUPERVISED RELEASE/PROBATION __X__ Deft Admits **OR** _____ Deft Denies violations

__X__ Court finds deft has violated conditions and ORDERS release REVOKED

_____ Deft speaks **OR** __X__ Deft declines to speak

**TESTIMONY BY:** _____

_____ Exhibits attached to minutes        _____ Exhibits in vault

**IMPRISONMENT:** _____36_____ **MONTHS on COUNT(s)**_____

_____

**SUPERVISED RELEASE/PROBATION:** _____ **YEARS on COUNT(s)**_____

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

____report to Probation Officer w/in 72 hrs of release            ____pay any financial penalty due
____not commit another federal, state or local crime             ____provide Probation Office w/access to any required financial info
____abide by standard conditions on Local Rule 83.10             ____not incur new credit charges or open additional lines of credit
____not possess a firearm or other destructive device            ____no contractual agreements which obligate funds
____not illegally possess or use a controlled substance          ____not be employed in position of trust
____participate in collection of DNA                             ____participate in program of testing/treatment for drug/alcohol abuse
____submit to search                                             ____wear electronic device and pay for service at prevailing rate
____perform _____ hours of community service                    ____maintain telephone w/out any special services or devices
____comply with any BICE deportation orders                      ____report to nearest probation office w/in 48 hrs of reentry in the U.S.
____participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
____for sex offender/pornography cases see supplemental page for conditions

**OTHER CONDITIONS:** _____

_____ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:** _____

_____

**OTHER MATTERS:** _____

_____

_____

Deft _____remanded to custody of U.S. Marshal _____remained in custody _____remained on bond

Deft to self-report on or before 1/6/2012 at 2:00 _____Deft informed of right to appeal

Time: 3:35 to 4:20        Date: 12/15/2011