UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-CR-75-001 |
| | ) |
| MATTHEW BROCK, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| ECMH, LLC, | ) |
| d/b/a Clayton Miller, | ) |
| | ) |
| Garnishee. | ) |

## ORDER OF CONTINUING GARNISHMENT

A Writ of Garnishment, directed to ECMH, LLC, has been duly issued and served upon the Garnishee, which Writ reflects an unpaid judgment balance of $1,363,438.93. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on November 3, 2011 (Doc. 67) stating that, at the time of the service of the Application for Writ of Continuing Garnishment, defendant's weekly disposable earnings would be $752.77 plus commission. Twenty-five percent (25%) of this amount is $181.19 plus twenty-five percent (25%) of non-exempt commission.

On October 24, 2011, the defendant was notified of the right to a hearing and has not requested a hearing.

IT IS ORDERED that ECMH, LLC, or its successors and assigns, pay weekly to the plaintiff from the defendant's earnings the amount of $181.19 plus twenty-five percent (25%) of non-exempt commission, or the sum of 25% of defendant's total non-exempt net disposable earnings, to include payment of such sum from wages paid to the defendant after service of the Application for Writ of Continuing Garnishment was served on October 25, 2011. Payments should be made payable and sent to the U.S. District Court Clerk, 800 Market St., Suite 130, Knoxville, Tennessee 37902, and continue said payments until the debt is paid in full or until the Garnishee no longer has custody, possession or control or any other funds belonging to the defendant or until further Order of this Court.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**