# United States District Court
## Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MATTHEW BROCK<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br><br>Criminal Number:  1:06-CR-75-001<br><br>Hallie McFadden<br>Defendant's Attorney |

**THE DEFENDANT:**

[✓]   admitted guilt to violation of condition(s) <u>General, Standard and Special Conditions</u> of the term of supervision.
[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violation(s);

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

December 15, 2011
Date of Imposition of Sentence

/s/
Signature of Judicial Officer

CURTIS L. COLLIER, Chief United States District Judge
Name & Title of Judicial Officer

Date

CASE NUMBER: 1:06-CR-75-001
DEFENDANT: MATTHEW BROCK

# ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| I | General Condition: The defendant shall not commit another federal, state or local crime. | 4/20/2009 - 12/14/2011 |
| II | Standard Condition No. 1: The defendant shall not leave the judicial district without the permission of the court or probation officer. | 4/20/2009 - 12/14/2011 |
| III | Standard Condition No. 2: The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month. | 4/20/2009 - 12/14/2011 |
| IV | Standard Condition No. 3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 4/20/2009 - 12/14/2011 |
| V | Special Condition: The defendant shall provide the probation officer with access to any requested financial information. | 4/20/2009 - 12/14/2011 |
| VI | Special Condition: The defendant shall not incur new credit charges or open additional lines of credit without permission of the probation officer until the restitution has been paid in full. In addition, the defendant shall not enter into any contractual agreements which obligate funds without permission of the probation officer. | 4/20/2009 - 12/14/2011 |
| VII | Special Condition: The defendant shall pay restitution in the amount of $1,388,939.00 to five victims identified in the judgment. Upon release from incarceration, the defendant shall pay restitution at the minimum rate of 10 percent of monthly gross income until such time as the court may alter that payment schedule in the interest of justice. | 4/20/2009 - 12/14/2011 |
|  | Special Condition: The defendant shall pay any financial penalty that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release. | 4/20/2009 - 12/14/2011 |

DEFENDANT:    MATTHEW BROCK
CASE NUMBER:    1:06-CR-75-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months.

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[✓]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [✓] before 2 p.m. on 1/6/2012.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL