ENNESSEE

ISTRICT COURT
ROOM 309
SEE 37402

ESS

*Return to sender, not at Hamilton County Jail.*

neopost
05/01/2014
US POSTAGE $01.82⁰

FIRST-CLASS MAIL

041L11213266

FILED
MAY 19 2014
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

NIXIE    000002036-1N    05/15/14
RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER